IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA L. SPESSARD, | |
| Plaintiff, | 8:16-CV-80 |
| vs. | JUDGMENT |
| MUTUAL OF OMAHA INSURANCE COMPANY, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 68, the defendant has made an offer of judgment (filing 21-1) and the plaintiff has accepted (filing 21-2). Accordingly,

IT IS ORDERED that judgment is entered in favor of the plaintiff and against the defendant in the amount of $20,000.00. No costs are awarded to any party.

Dated this 30th day of September, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge