IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA L. SPESSARD,<br><br>        Plaintiff,<br><br>vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, INC.,<br><br>        Defendant. | 8:16-CV-80<br><br>JUDGMENT |

    Pursuant to Fed. R. Civ. P. 68, the defendant has made an offer of judgment (filing 21-1) and the plaintiff has accepted (filing 21-2). Accordingly,

    IT IS ORDERED that judgment is entered in favor of the plaintiff and against the defendant in the amount of $20,000.00. No costs are awarded to any party.

    Dated this 30th day of September, 2016.

                                            BY THE COURT:

                                            John M. Gerrard<br>                                            United States District Judge